**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JANELLE FOLKERTS AND MICHAEL
FOLKERTS, on their own behalf, and as parents
and legal guardians of A.K., a disabled person,

　　　　　　　　Plaintiff(s),

vs.

CITY OF NORTH LAS VEGAS, A Political
Subdivision of the State of Nevada, North Las
Vegas Detective DORINDA SANTOS, North
Las Vegas Sergeant KATHRYNE GASPARDI,
　　　　　　　　Defendant(s).

Case #  2-22-cv-01192

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

　　　　　Jordan Marsh　　　　　, Petitioner, respectfully represents to the Court:
　　　　　　(name of petitioner)

　　1.　　That Petitioner is an attorney at law and a member of the law firm of

　　　　　　　Law Office of Jordan Marsh, LLC
　　　　　　　　　　(firm name)

with offices at _____5 Revere Drive, Suite 200_____,
　　　　　　　　　　　(street address)

_____Northbrook_____，_____Illinois_____，_____60062_____,
　　　(city)　　　　　　　　　　(state)　　　　　　　　(zip code)

_____(312) 401-5510_____，_____jordan@jmarshlaw.com_____.
(area code + telephone number)　　　(Email address)

　　2.　　That Petitioner has been retained personally or as a member of the law firm by

Janelle Folkerts and Michael Folkerts and A.F.　to provide legal representation in connection with
　　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___November 1993___ , Petitioner has been and presently is a

(date)

member in good standing of the bar of the highest Court of the State of __Illinois__

(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Dist. Ct. Southern District of Illinois | 1/21/2021 | N/A |
| U.S. Dist. Ct. Western District of Wisconsin | 9/24/2020 | N/A |
| U.S. Dist. Ct. Central District of Illinois | 5/7/2018 | N/A |
| Seventh Circuit Court of Appeals | 5/24/1996 | N/A |
| U.S. District Ct. Northern District of Illinois | | |
| Illinois Supreme Court | 11/09 | 6216489 |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

Petitioner was suspended from the practice of law from October 13, 2017 through January 11, 2018 due to his failure to disclose or request an item that had been requested in discovery during a trial in 2015.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Illinois State Bar Association, Chicago Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 5/23/2022 | Villareal v. Correa, et. al. 2:22-cv-00815-GMN-DJA | USDC Dist. NV | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                    Petitioner's signature

     STATE OF Illinois_____   )
5                                        )
     COUNTY OF _____Cook_____       )
6

7         _____Jordan Marsh_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9

10   Subscribed and sworn to before me this                 Petitioner's signature

11   25th day of July_____, 202__.

12

13   _____                    OFFICIAL SEAL
            Notary Public or Clerk of Court            ROBERT K POLOVIN
14                                               NOTARY PUBLIC, STATE OF ILLINOIS
                                                  My Commission Expires 10/6/24
15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                 **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate _____Martin L. Welsh_____,
19                                                                           (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _____199 N. Arroyo Grande Blvd. Suite 200_____,
24                              (street address)

     _____Henderson_____, __Nevada__, _____89074_____,
25            (city)                      (state)             (zip code)

26   ___(702) 960-4006___, ____mwelsh@lvlaw.com____.
        (area code + telephone number)        (Email address)
27

28                                          4                              Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) ___Martin L. Welsh, Esq_____ as

                                             (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
                         (party's signature)

11  Janelle K. Folkerts Individually
    and o/b/o A.F.            _____

12                           (type or print party name, title)

13  _____
                         (party's signature)

14

15  Michael L. Folkerts Individually
    and o/b/o A.F.           _____

16                           (type or print party name, title)

17  ### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
     Designated Resident Nevada Counsel's signature

21       8720        mwelsh@lvlaw.com

22       Bar number          Email address

23

24  APPROVED:

25  Dated: this __4__ day of __October_____, 2022 .

26  _____

27  UNITED STATES DISTRICT JUDGE

28                          5                    Rev. 5/16



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523   (800) 252-8048
Fax (217) 546-3785

Jordan E. Marsh
Law Office of Jordan Marsh, LLC
5 Revere Drive, Suite 200
Northbrook, IL 60062

**Via Electronic Mail**

Chicago
Monday, May 23, 2022

In re:   Jordan Eric Marsh
         Attorney No. 6216489

To Whom It May Concern:

We have received a request for written verification of the status of Jordan Eric Marsh in connection with the attorney's application, motion or petition for permission to appear *pro hac vice* in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Jordan Eric Marsh was admitted to practice law in Illinois on 11/09/1993. Jordan Eric Marsh is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Jerome Larkin
Administrator

By: _____
    Darryl R. Evans
    Senior Deputy Registrar

DRE