1
2
3
4
5

**LAW OFFICE OF JORDAN MARSH LLC**
Jordan Marsh
5 Revere Drive Suite 200
Northbrook, IL 60062
(224) 220-9000|Fax: (312) 667-9216
jordan@jmarshlaw.com
IL Bar #6216489

6
7
8
9
10
11

**THE LAW OFFICE OF HAYES & WELSH**
Martin L. Welsh, Esq
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
(702) 434-3444 | Fax: (702) 434-3739
mwelsh@lvlaw.com
NV Bar #8720

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12
13
14
15
16
17
18
19
20

| | |
|---|---|
| JANELLE FOLKERTS and MICHAEL FOLKERTS, on their own behalf, and as parents and legal guardians of A.F., a disabled person,<br><br>      Plaintiffs,<br>      vs.<br>CITY OF NORTH LAS VEGAS, A Political Subdivision of the State of Nevada, North Las Vegas Detective DORINDA SANTOS, North Las Vegas Sergeant KATHRYNE GASPARDI,<br>      Defendants. | Case No.: 2:22-cv-01192-GMN-BNW<br>Stipulation to Reset Deadlines |

21
22

### JOINT STIPULATION TO RESET DEADLINES

23
24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, JANELLE FOLKERTS and MICHAEL FOLKERTS, on their own behalf, and as parents and legal guardians of A.F., a disabled person, and Defendants CITY OF NORTH LAS VEGAS and North Las Vegas Detective DORINDA SANTOS, North Las Vegas Sergeant KATHRYNE GASPARDI ("Defendants") (collectively hereinafter the "Parties"), by and through their respective counsel of record, that the current deadline for responding to Defendants' Motion for

Summary Judgment be continued to May 3, 2023, the deadline to file any reply in support of the Motion for Summary Judgment continued to May 17, 2023, and the deadline for filing the Proposed Joint Pretrial Order be stricken and reset.

## I.     PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter and order as follows:

**Plaintiffs shall file their response to Defendants' motion for Summary Judgment (currently due by April 12, 2023), on or before May 3, 2023.**

**Defendants shall file their reply in support of their Motion for Summary Judgment (currently due by April 26, 2023), on or before May 17, 2023.**

**The Proposed Joint Pretrial Order deadline (currently April 21, 2023) is stricken and will be reset by the Court pursuant to LR 26-1(b)(5).**

This request is made in good faith and joined by all the parties in this case. Trial is not yet set in this matter. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced.

///
///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED:  April 7, 2023

NORTH LAS VEGAS CITY
ATTORNEY

By */s/ Madison Zornes-Vela*
   Micaela Rustia Moore, Esq.
   Nev. Bar No. 9676
   City Attorney
   Noel E. Eidsmore, Esq.
   Nev. Bar No. 7688
   Chief Deputy City Attorney
   Madison Zornes-Vela
   Nev. Bar No. 13626
   Deputy City Attorney
   2250 Las Vegas Blvd. North, Suite 810
   North Las Vegas, Nevada 89030
   *Attorneys for Defendants*

DATED:  April 7, 2023

LAW OFFICE OF JORDAN MARSH LLC

By */s/ Jordan Marsh*
   Jordan Marsh
   LAW OFFICE OF JORDAN MARSH
   5 Revere Drive, Suite 200
   Northbrook, Illinois 60062

                And

THE LAW OFFICE OF HAYES & WELSH
Martin L. Welsh, Esq.
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated this ___7___ day of _____April_____, 2023

_____
U.S. DISTRICT COURT JUDGE